In the Matter of MARY MCALLEN, Respondent, against JAMES MARSHALL et al., Constituting the Retirement Board of the Board of Education Retirement System of the City of New York, Appellants.— No opinion.  Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.